10 A.3d 225

IN THE MATTER OF CHRISTOPHER P. HUMMEL, AN ATTORNEY AT LAW (ATTORNEY NO. 021221982).

January 20, 2011.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g) and *Rule* 1:20–11 for the immediate temporary suspension from practice of **CHRISTOPHER P. HUMMEL** of **FAIRVIEW,** who was admitted to the bar of this State in 1982;

And **CHRISTOPHER P. HUMMEL** having failed to appear on the Order directing him to show cause why he should not be temporarily suspended from the practice of law or why the Court should not take such other action as it deems appropriate;

And good cause appearing;

It is ORDERED that petition is granted, and **CHRISTOPHER P. HUMMEL** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **CHRISTOPHER P. HUMMEL** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this state and it is further

ORDERED that **CHRISTOPHER P. HUMMEL** comply with *Rule* 1:20–20 dealing with suspended attorneys.